UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL BLACKMON,

    Plaintiff,

v.                        Case No. 11-C-759

HOWARD BROWN,

    Defendant.

**ORDER**

Plaintiff Blackmon filed a motion to amend his complaint, which I construe as a motion to amend the judgment under Fed. R. Civ. P. 59. The proposed amendment does not solve the problem I identified in dismissing his complaint. Actions by private individuals do not violate the Equal Protection Clause.

The motion is **DENIED**.

**SO ORDERED** this   26th   day of August, 2011.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge